UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Oscar B.C., | Case No. 26-cv-00754 (LMP/ECW) |
| Petitioner, | |
| v. | **ORDER OF RECUSAL** |
| Kristi Noem et al., | |
| Respondents. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: January 28, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge