**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Oscar Obed Barahona Castro

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Samuel J. Olson

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00754-LMP-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Oscar Obed B. C.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. The Court **DECLARES** that Oscar Obed B. C. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

   b. The Government is **ORDERED** to provide Oscar Obed B. C. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than February 9, 2026.

   c. If the Government does not provide Oscar Obed B. C. with a bond redetermination hearing by February 9, 2026, as required by this Order,

the Government is **ORDERED** to release Oscar Obed B. C. from detention immediately.

d. No later than February 10, 2026, the Government is **ORDERED** to provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Oscar Obed B. C.'s release.2

Date: 2/2/2026

KATE M. FOGARTY, CLERK